MAYFLOWER APARTMENTS, INC., Respondent, *v.* PAUL V. SHEEHAN, Appellant.

Argued June 7, 1937; decided July 13, 1937.

*Paul V. Sheehan* appellant, in person.

*Claude V. Kister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.